# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(**Alexandria Division**)

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* STEPHEN BACHERT,<br><br>Plaintiffs,<br><br>v.<br><br>TRIPLE CANOPY, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:16 CV 456 (TSE/JFA) |

## DEFENDANT TRIPLE CANOPY, INC'S OBJECTIONS TO RELATOR STEPHEN BACHERT'S EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26, the Local Rules, and the Court's Scheduling Order (ECF No. 51), Defendant Triple Canopy, Inc. ("Triple Canopy") hereby submits its objections to Plaintiff-Relator Stephen Bachert's Exhibit List (ECF No. 112). A Key that summarizes Triple Canopy's objections is included below for the Court's convenience. Additionally, while not listed out separately with respect to each individual exhibit below, Triple Canopy hereby makes a standing FRE 602 (Foundation) objection with respect to each of Relator's exhibits (including those with an "N/A" notation in the below "Triple Canopy Objections" column) and every exhibit that Relator may later add to this list or otherwise attempt to introduce at trial pending a percipient witness who is able to introduce the exhibit.

## Triple Canopy's Objection Key

| | |
|---|---|
| FRE 106 | Incomplete |
| FRE 401; FRE 402 | Irrelevant |
| FRE 403 | Confusion, Waste of Time, Cumulative |
| FRE 611 | Compound Question; Misstates Prior Testimony; Misstates Evidence; Confusing; Misleading; Ambiguous; Vague; Assumes Facts Not in Evidence; Improper Characterization; Cumulative; Repetitive; Asked and Answered; Leading |
| FRE 701 | Calls for Conclusion |
| FRE 802 | Hearsay |
| Seal | Portions of document need to be introduced under seal due to operationally sensitive information contained therein |

## Triple Canopy's Objections

| Exhibit | Item Description | Bates | Triple Canopy Objections |
|---|---|---|---|
| 1 | Bachert's 3/26/15 letter to Lauria | Bach 314-25 | FRE 106; FRE 403; Seal |
| 2 | Bachert's 12/13/14 email chain with Zalewski | Bach 325-26 | FRE 401; FRE 402; FRE 403 |
| 3 | Lauria's 5/18/15 email re: Bachert's Letter | SBTC 5513-19 | Seal |
| 4 | Pettus's 4/9/15 email re: Weapon's Maintenance | SBTC 5935-38 | FRE 401; FRE 402; FRE 403; FRE 802 |
| 5 | Pettus's 4/5/15 email chain with Bachert | Bach 162-66 | FRE 401; FRE 402; FRE 403 |
| 6 | Lauria's 5/29/15 email to Johnson | SBTC 23406-47 | FRE 403 (Confusing; apparently wrong Bates number) |
| 7 | Lauria Declaration | | FRE 106; FRE 802; Seal |
| 8 | Nyguen Declaration | | FRE 106 (Incomplete) |

| Exhibit | Item Description | Bates | Triple Canopy Objections |
|---|---|---|---|
| 9 | Lauria's 5/6/15 email regarding outside communications | SBTC 9407-07 | FRE 401; FRE 402; FRE 403 |
| 10 | Fields's 5/19/15 letter regarding Glocks | SBTC 23938 | FRE 106; FRE 401; FRE 402; FRE 403 |
| 11 | Coppinger 5/26/15 email regarding reassignment of armorers | | FRE 106; FRE 403 |
| 12 | Bachert's 6/8/2015 email | SBTC 5372 | FRE 106; FRE 403 |
| 13 | Bullock's 6/12/15 email regarding release of clearance | SBTC 8401-08 | N/A |
| 14 | Declaration of Burnett | | FRE 106 (Incomplete); FRE 403 (Confusing as formatted) |
| 15 | IT-Software Group 7/1/15 email to Burnett noting termination | SBTC 10302 | N/A |
| 16 | Deposition Transcript of Triple Canopy | | FRE 106; FRE 401; FRE 402; FRE 403; FRE 611; FRE 701; FRE 802; FRE 901/902 |
| 17 | Task Order 5 Statement of Work | SBTC 2947-3005 | FRE 106; FRE 401; FRE 402; FRE 403; FRE 802; Seal |
| 18 | Base Contract Statement of Work | SBTC 3006-3507 | FRE 106; FRE 401; FRE 402; FRE 403; FRE 802; Seal |
| 19 | Task Order 5 Statement of Work Am. 12, Rev. 1 | SBTC 2754-2867 | FRE 106; FRE 401; FRE 402; FRE 403; FRE 802; Seal |
| 20 | Nov. 19, 2014 email by Tim Brindle | SBTC 10048 | FRE 106; FRE 401; FRE 402; FRE 403; Seal |
| 21 | Nguyen's 6/16/15 letter | SBTC 6555-57 | FRE 106; FRE 401; FRE 402; FRE 403; FRE 802 |
| 22 | | | N/A |
| 23 | Apr. 3, 2015 email from Lauria to Johnson | SBTC 5597-98 | FRE 602 |

| Exhibit | Item Description | Bates | Triple Canopy Objections |
|---|---|---|---|
| 24 | May 21, 2015 email chain between J. Carney and F. Lauria | SBTC 13170-82 | FRE 106; FRE 403 |
| 25 | May 26, 2015 email from Coppinger to Lauria | SBTC 6448-50 | N/A |
| 26 | May 29, 2015 email from Johnson to Coppinger and Lauria | SBTC 23378-79 | N/A |
| 27 | May 29, 2015 email from Coppinger | SBTC 5558 | N/A |
| 28 | May 30, 2015 email from Bachert to Burnett | SBTC 23381 | FRE 106 (Another Exhibit more complete); FRE 403 |
| 29 | September 12, 2014 COR letter regarding round count books | SBTC 5343 | FRE 106; FRE 401; FRE 402; FRE 403; FRE 802 |
| 30 | Fields's 5/19/15 email to himself | SBTC 5419-20 | N/A |
| 31 | Bachert's 3/20/15 email regarding schedule change | SBTC 5425-26 | N/A |
| 32 | Kwan's 3/24/15 email regarding schedule | SBTC 5463-67 | N/A |
| 33 | Nowatney's 5/18/15 email to Nguyen | SBTC 5506 | FRE 106; FRE 401; FRE 402; FRE 403 |
| 34 | Johnson's 4/5/15 email regarding Bachert's contacting legal | SBTC 5559-60 | FRE 106; FRE 403 |
| 35 | Bachert's 4/5/15 email to Tousissant with chain with Pettus regarding technical inspection times | SBTC 5561- | FRE 401; FRE 402; FRE 403 |
| 36 | Lauria's 4/4/15 email to Burnett about continuing investigation | SBTC 5612-14 | FRE 106; FRE 403 |
| 37 | 4/5/2015 email from Lauria re completion of investigation | SBTC 5638-41 | N/A |
| 38 | 5/1/15 email from Toussaint with MFR for armory | | FRE 106; FRE 401; FRE 402; FRE 403 |
| 39 | 3/18/15 email regarding bumping Bachert down | SBTC 5839 | FRE 106; FRE 403 |
| 40 | 4/9/15 email by Pettus regarding LTI | SBTC 5945-5947 | FRE 401; FRE 402; FRE 403; FRE 802 |
| 41 | 4/9/15 email with attachments related to Toussaint investigation | SBTC 6037-6113 | FRE 401; FRE 402; FRE 403; FRE 802 |

| Exhibit | Item Description | Bates | Triple Canopy Objections |
|---|---|---|---|
| 42 | Bachert's 6/11/15 email with Burnett | SBTC 6186-6189 | FRE 106 (Incomplete); FRE 403 (Confusing) |
| 43 | Bachert's email requesting why he was laid off | SBTC 6210-14 | FRE 106 (Incomplete); FRE 403 (Confusing) |
| 44 | Eiring's 6/19/15 email allowing Bachert to resume contacting DEAV | SBTC 6341 | FRE 106; FRE 401; FRE 402; FRE 403 |
| 45 | 5/19/15 email from Nguyen re meeting with Bachert | SBTC 6368-69 | N/A |
| 46 | 5/26/15 email re Fields and Bachert's reassignment | SBTC 6451-52 | FRE 401; FRE 402; FRE 403 |
| 47 | 5/25/15 email from Johnson re potential LOCs | SBTC 6458-59 | FRE 106; FRE 403 |
| 48 | 5/26/15 email from Coppinger re swap of armorers | SBTC 6487-89 | FRE 106; FRE 403 |
| 49 | 10/7/14 acknowledgement of complaint by Zalewski | SBTC 6490 | FRE 401; FRE 402; FRE 403; Seal |
| 50 | 3/29/15 email from Bachert confirming meeting with Lauria | SBTC 6511 | FRE 106 |
| 51 | 6/20/15 email re COR letter | SBTC 6554-6558 | FRE 401; FRE 402; FRE 403 |
| 52 | 6/8/15 email re Bachert telling DEAV he was terminated | SBTC 6787 | N/A |
| 53 | 5/18/15 forwarding of complaint to Fields | SBTC 7029-7031 | FRE 401; FRE 402; FRE 403 |
| 54 | 5/29/15 Coppinger email re ASAP reassignment | SBTC 7513-15 | FRE 106 (Incomplete); FRE 403 (Confusing) |
| 55 | 5/28/15 email from Brundle re armorer swap | SBTC 7520 | N/A |
| 56 | 4/5/15 Email from Eiring re going corporate | SBTC 7527-29 | FRE 106; FRE 401; FRE 402; FRE 403 |
| 57 | 4/3/15 email from Kwan to Fields re complaint | SBTC 7606-09 | FRE 401; FRE 402; FRE 403 |
| 58 | 4/3/15 email from Toussaint to Eiring re investigation | SBTC 7628-33 | FRE 106; FRE 401; FRE 402; FRE 403 |
| 59 | 4/9/15 Emails re Bachert | SBTC 7964-65 | FRE 401; FRE 402; FRE 403 |

| Exhibit | Item Description | Bates | Triple Canopy Objections |
|---|---|---|---|
| 60 | 6/14/15 email re counseling for Bachert | SBTC 8001-02 | FRE 401; FRE 402; FRE 403 |
| 61 | 6/8/15 email from Fields at embassy armorer | SBTC 8886-8890 | FRE 401; FRE 402; FRE 403; Seal |
| 62 | Bachert's 12/13/14 email chain with Zalewski | SBTC 8433-34 | FRE 106; FRE 401; FRE 402; FRE 403; Seal |
| 63 | 3/23/15 email listing armorers | SBTC 8489 | FRE 401; FRE 402; FRE 403 |
| 64 | 5/19/15 Nguyen email chain regarding corrective action | SBTC 8558-59 | N/A |
| 65 | 5/19/15 email from Brundle regarding Bachert being SARM | SBTC 8521-24 | N/A |
| 66 | 5/21/15 email regarding being down an armorer | SBTC 8562-64 | FRE 401; FRE 402; FRE 403 |
| 67 | 6/3/15 meeting invite for Burnett to discuss Bachert | SBTC 8617 | N/A |
| 68 | 6/1/15 request from DOS to have note regarding Bachert's placement on leave removed | SBTC 8623 | FRE 106; FRE 403 |
| 69 | 5/30/15 Employee Counseling Form | SBTC 8852-8854 | N/A |
| 70 | 5/29/15 email chain re removing Bachert | SBTC 8865-69 | FRE 401; FRE 402; FRE 403 |
| 71 | 6/20/15 email regarding overage of armorers on 6/16 and attachment | SBTC 9798-9800 | FRE 401; FRE 402; FRE 403 |
| 72 | 4/9/15 email regarding transferring Bachert | SBTC 11579 | FRE 106; FRE 403 |
| 73 | 6/11/15 expense report approval for Bachert | SBTC 12049 | FRE 106; FRE 401; FRE 402; FRE 403 |
| 74 | 9/10/14 email regarding pay | SBTC 12656 | N/A |
| 75 | 5/20/15 email from Bachert regarding staffing | SBTC 13156 | FRE 401; FRE 402; FRE 403 |
| 76 | 5/19/15 email from Lauria regarding backpfeifengesicht | SBTC 13165-66 | FRE 403 (Duplicative; confusing) |
| 77 | 5/19/15 dirty rat email | SBTC 13172-73 | FRE 403 (Duplicative; confusing) |

| Exhibit | Item Description | Bates | Triple Canopy Objections |
|---|---|---|---|
| 78 | 5/20/15 what is true email | SBTC 13183-85 | FRE 401; FRE 402; FRE 403 |
| 79 | 5/21/15 email regarding plans for armorer reassignment | SBTC 13179-13182 | FRE 106; FRE 403 |
| 80 | 6/2/15 email regarding approval of Fick | SBTC 13317-19 | FRE 106; FRE 403 |
| 81 | 5/5/15 email with MFR for Fields | SBTC 15050-51 | FRE 401; FRE 402; FRE 403 |
| 82 | 5/30/15 email from Bachert contacting Burnett | SBTC 5052 | FRE 106; FRE 403 |
| 83 | 3/23/15 email regarding reassignment to ALSS position | SBTC 20235-37 | FRE 401; FRE 402; FRE 403 |
| 84 | 5/26/15 email regarding swapping armorers | SBTC 20298-99 | FRE 106; FRE 403 |
| 85 | 5/6/15 email regarding Bachert and Fields | SBTC 20699-700 | FRE 401; FRE 402; FRE 403 |
| 86 | 4/30/15 email between Corbin and Eiring regarding not trusting Bachert | SBTC 21620-21623 | FRE 401; FRE 402; FRE 403 |
| 87 | 4/28/15 email regarding PMR | SBTC 21832-33 | FRE 401; FRE 402; FRE 403 |
| 88 | 5/9/15 email regarding PMR | SBTC 22211 | FRE 401; FRE 402; FRE 403; FRE 802 |
| 89 | 5/11/15 email from Lauria to Bachert regarding PMR | SBTC 22654-55 | N/A |
| 90 | 5/13/15 email with attached PMR checklist | SBTC 22707-22748 | FRE 401; FRE 402; FRE 403 |
| 91 | 5/12/15 Email regarding SOP | SBTC 22786 | FRE 401; FRE 402; FRE 403 |
| 92 | 5/25/15 email updating Johnson | SBTC 22989-22991 | N/A |
| 93 | 4/4/15 email informing others of Bachert's escalation | SBTC 15543-44 | FRE 106; FRE 403 |
| 94 | 4/5/15 email regarding impossibility of inspecting 69 weapons | SBTC 15680-87 | FRE 401; FRE 402; FRE 403 |
| 95 | 5/21/15 email regarding closing armory on Fridays | SBTC 16631-32 | FRE 401; FRE 402; FRE 403 |

| Exhibit | Item Description | Bates | Triple Canopy Objections |
|---|---|---|---|
| 96 | 5/19/15 email regarding keeping Bachert as SARM | SBTC 16701 | N/A |
| 97 | 4/13/15 email re discussion between Bachert and Eiring | SBTC 18338 | FRE 106; FRE 403 |
| 98 | 3/30/15 email from Danby to Eiring | SBTC 18543-18545 | FRE 401; FRE 402; FRE 403 |
| 99 | 5/30/15 email regarding inventory | SBTC 19698-99 | FRE 401; FRE 402; FRE 403 |
| 100 | 5/30/15 email regarding removal of Bachert | SBTC 19735 | FRE 106; FRE 403 |
| 101 | 6/1/15 email regarding DSRO Meeting | SBTC 19754-55 | FRE 401; FRE 402; FRE 403 |

Dated: August 6, 2018

Respectfully submitted,

TRIPLE CANOPY, INC.

By its attorneys,

*/s/ Catherine E. Creely*

Catherine E. Creely (VSB No. 74796)
ccreely@akingump.com
Charles F. Connolly (*pro hac vice*)
cconnolly@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Counsel for Triple Canopy, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2018, I caused this document to be electronically filed using the Court's ECF system, which electronically served all parties.

*/s/ Catherine E. Creely*